

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Complete Solutions and Sourcing, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112631 | $9,431.61 | 2/17/2023 | CS198648A | 6/1/2022 | $1,890.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112631 | $9,431.61 | 2/17/2023 | CS196091 | 5/1/2022 | $4,302.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112631 | $9,431.61 | 2/17/2023 | CS193438 | 4/1/2022 | $3,239.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS216006 | 12/1/2022 | $3,712.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS213263 | 11/1/2022 | $3,712.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS209716 | 10/1/2022 | $3,385.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS207182 | 9/1/2022 | $4,837.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS203409 | 8/1/2022 | $3,420.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112635 | $29,225.87 | 2/17/2023 | CS201639 | 7/1/2022 | $10,158.33 |
| **2 Preference Period transfer(s), $38,657.48** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114445 | $989.98 | 6/21/2023 | CS226502POST | 4/1/2023 | $989.98 |
| **1 Post Petition transfer(s), $989.98** | | | | | | | |
| **Totals: 3 transfer(s), $39,647.46** | | | | | | | |